IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02505-WDM-MEH

KAREN DUDNIKOV and
MICHAEL MEADORS,

    Plaintiffs,

v.

CHALK & VERMILION FINE ARTS, INC.; and
SEVENARTS, LTD.;

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, May 3, 2006.**

    Defendants' Unopposed Motion for Modification of Order to Permit Telephonic Appearance of Defendants' Representatives [Filed May 2, 2006; Docket #18] is **granted**. A representative for SevenArts may appear by phone. A representative for Chalk & Vermilion shall appear in person.