IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02505-WDM-MEH

KAREN DUDNIKOV and
MICHAEL MEADORS,

      Plaintiffs,

v.

CHALK & VERMILION FINE ARTS, INC.; and
SEVENARTS, LTD.;

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, May 11, 2006.**

      Defendants' Unopposed Motion for Leave of Defendant Chalk & Vermillion, Inc., to Appear by Telephone at May 17, 2006 Settlement Conference [Filed May 10, 2006; Docket #21] is **granted**. Although the Court's Minute Order dated May 3, 2006, directed a representative of Chalk & Vermilion to appear in person, Defendant contends that appearance by phone will not hinder settlement and Plaintiff does not oppose such appearance. Based on Defendant's representations and to facilitate the settlement of this case, Chalk & Vermilion's representative may appear by telephone.