IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02505-WDM-MEH

KAREN DUDNIKOV and
MICHAEL MEADORS,

    Plaintiffs,

v.

CHALK & VERMILION FINE ARTS, INC., and
SEVENARTS, LTD.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, March 5, 2008.**

    Plaintiff's Motion to Compel Defendants' Response to Complaint, Expedited Ruling [Filed March 3, 2008; Docket #47] is **stricken**. This document is a duplicate of Plaintiffs' previously filed motion seeking the same relief (docket #46), and it is unsigned.

    Plaintiff's Motion to Compel (docket #46) remains pending.