IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02505-WDM-MEH

KAREN DUDNIKOV and
MICHAEL MEADORS,

    Plaintiffs,
v.

CHALK & VERMILION FINE ARTS, INC., and
SEVENARTS, LTD.,

    Defendants.
_____

**ORDER ON PLAINTIFFS' MOTION TO COMPEL**
_____

    Before the Court is Plaintiffs' Motion to Compel Defendants' Response to Complaint, Expedited Ruling Requested [Docket #46]. The matter is briefed and has been referred to this Court for resolution [Docket #48]. Oral argument would not materially assist the Court in adjudicating this motion. For the reasons stated below, the Court **grants** the Motion to Compel.

    Defendants filed a Motion to Dismiss, which was previously granted. Plaintiffs appealed, and the Tenth Circuit Court of Appeals reversed. The mandate issued from the Tenth Circuit on February 19, 2008, and District Judge Walker D. Miller set a status conference in this case for May 28, 2008. Because of this procedural history, Defendants have not answered the Complaint.

    Plaintiffs have filed a Motion to Compel Defendants' Response to Complaint asking the Court to set a deadline for Defendants' responsive pleading. Defendants argue that the District Court has not yet formally denied the Motion to Dismiss, although the Tenth Circuit has so ordered, and until such time, Defendants' Answer need not be filed. To that end, Defendants request that the Court wait until the status conference before setting a deadline for responding to the Complaint.

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, "unless the court sets a different time, serving a motion under this rule alters these periods as follows: (A) if the court denies the motion or postpones its disposition until trial, the responsive pleading must be served within 10 days after notice of the court's action." Fed. R. Civ. P. 12(a)(4)(A). While this provision does not require a response to be filed within ten days after remand, a party whose Motion to Dismiss has been denied should respond to the Complaint within a reasonable time after remand. Rule 12(a)(4) allows the Court to set that time frame, *Hill v. Blue Cross & Blue Shield of Mich.*, 237 F.R.D. 613, 617 (E.D. Mich. 2006), and Defendants provide no compelling reasons to withhold their response to the Complaint.

Finally, the Court reminds both parties of their duty to confer *in good faith* pursuant to Local Rule 7.1.A. This duty requires the parties to discuss the disputed matter and seek a resolution before filing or, necessarily, threatening to file a motion if the answer is not satisfactory. The Rule further requires both parties to engage in cooperative and responsive discussions.

Accordingly, for the reasons stated above, it is hereby ORDERED that Plaintiffs' Motion to Compel Defendants' Response to Complaint, Expedited Ruling Requested [Filed February 29, 2008; Docket #46] is **granted**. Defendants shall file a responsive pleading to Plaintiffs' Complaint on or before **April 7, 2008**.

Dated at Denver, Colorado, this 24th day of March, 2008.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge