IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-02505-WDM-MEH

KAREN DUDNIKOV,
MICHAEL MEADORS,

    Plaintiffs,

v.

CHALK & VERMILLION FINE ARTS, INC. and
SEVENARTS, LTD.,

    Defendants.

## NOTICE OF DISMISSAL

    The court construes Plaintiff's Motion to Dismiss in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, this case is dismissed without prejudice, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on October 8, 2008

                                BY THE COURT:

                                s/ Walker D. Miller
                                United States District Judge