IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 05-cv-02505-WDM-MEH

KAREN DUDNIKOV
MICHAEL MEADORS,

    Plaintiffs,

v.

CHALK & VERMILION FINE ARTS, INC AND
SEVENARTS, LTD.,

    Defendants.

_____

## AMENDED NOTICE OF DISMISSAL
_____

    The court construes Plaintiff's Motion to Dismiss in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, this case is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on October 9, 2008.

                                 BY THE COURT:

                                 s/ Walker D. Miller
                                 United States District Judge

PDF FINAL